UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GINEZ,<br><br>        Petitioner,<br><br>    v.<br><br>KELLY HARRINGTON,<br><br>        Respondent. | CASE NO. CV 09-449-JHN (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   September 9, 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd